UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61264-CIV-SEITZ/WHITE

JOSE ADALBERTO-DIAZ,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

                                /

## ORDER AFFIRMING MAGISTRATE REPORT AND CLOSING CASE

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-10].  In the Report, Magistrate Judge White recommends that Movant, Jose Adalberto-Diaz's Motion to Vacate, Set Aside, or Correct Sentence be denied because Movant has failed to show that he received ineffective assistance of counsel and because Movant failed to raise his claim of District Court error on direct appeal and thereby is barred from raising the claim in a motion brought pursuant to 28 U.S.C. § 2255. Petitioner has not filed objections to the Report.[1]   Having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report and the record, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-10] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

---

[1]The Court notes that Movant wrote to the Clerk of Court on July 4, 2010 indicating that he had not received a copy of the Magistrate's Report, which was entered on June 25, 2010. The docket reflects that on July 13, 2010, another copy of the Report was sent to Movant. Consequently, the time for filing objections has run.

(2)  Movant, Jose Adalberto-Diaz's Motion to Vacate, Set Aside, or Correct Sentence  [DE-1] is DENIED;

(3)  All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4)  This case is CLOSED.

DONE and ORDERED in Miami, Florida, this ___23rd___ day of August, 2010.

*Patricia Le Seitz*

PATRICIA A. SEITZ
UNITED STATES  DISTRICT JUDGE


cc:     Magistrate Judge White
        All counsel of record/*Pro se party*

2